476 A.2d 55

Parsons, Appellant v. Dorney.
Reargument Denied June 18, 1984.

Submitted February 3, 1984. Donald F. Spry, II, for appellant; James Lee Zulick, for appellee.

Before CIRILLO, BECK and JOHNSON, JJ.

Appeal quashed.